FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 10, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANE DOE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ELSON S FLOYD COLLEGE OF MEDICINE AT WASHINGTON STATE UNIVERSITY,<br><br>　　　　　　Defendant. | No.　2:20-cv-00145-SMJ<br><br>**STIPULATED PROTECTIVE ORDER** |

　　　Pursuant to Federal Rule of Civil Procedure 26(c) and the stipulation of the parties, the parties' Stipulated Motion for Protective Order, ECF No. 15, is **GRANTED** and the stipulated protective order is **ACKNOWLEDGED**, **APPROVED**, and **INCORPORATED** in this Order by reference.

　　　**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

　　　**DATED** this 10th day of July 2020.

　　　　　　　　　　_____
　　　　　　　　　　SALVADOR MENDOZA, JR.
　　　　　　　　　　United States District Judge

STIPULATED PROTECTIVE ORDER – 1