# Elson S. Floyd College of Medicine
## Washington State University

Policy Title: Student Evaluation, Promotion & Awards Committee (SEPAC) Conflict of Interest

Policy Number: SE.09.04.170808

Applies to: This policy applies to all SEPAC members.

Date: 8/8/2017

**DEPOSITION EXHIBIT 219**

### 1.0 Policy Statement:
It is the Elson S. Floyd College of Medicine (ESFCOM) policy that SEPAC members must be free of conflicts of interest when rendering decisions about students.

### 2.0 Definitions
*Conflict of interest (COI)*: a personal, academic or financial relationship with a medical student which might impact decisions rendered.
*SEPAC*: The Student Evaluation, Promotions and Awards Committee (SEPAC) which functions to monitor the progress of students throughout the medical education program. While the majority of SEPAC time is spent evaluating student progress, the committee also makes decisions regarding superior academic achievement and awards.

### 3.0 Responsibilities
SEPAC
Vice Dean for Student and Faculty Experience

### 4.0 Procedures
**Awareness of the Conflict of Interest Policy**
- Each SEPAC member acknowledges in writing that they have read and understand this policy.
- Signed forms are kept for the duration of SEPAC membership in the Office of Compliance.
- The SEPAC Chair will provide periodic reminders of polices during the academic year.

**Determination of Conflict of Interest**
The presumption of a COI exists when a SEPAC member is:
- Related to the student; or,
- Is or has been in a significant teaching or social relationship with the student or student's family; or
- Has a personal or financial interest in the student.

MORROW
01270001

# SEPAC Conflict of Interest <sub>8/8/2017</sub>

**Avoidance of Conflict of Interest**
- If in doubt as to the existence of a COI, committee members must report relevant facts to the SEPAC Chair.
- Members are encouraged to report any potential conflicts at any point in committee meetings.
- Committee members with a conflict of interest should recuse themselves from evaluating, discussing and voting on a student under consideration.
- Failure to report a real or perceived conflict of interest may result in the committee member's removal from SEPAC.

**5.0    Related Policies**
N/A

**6.0    Key Search Words**

| bias, fairness, nepotism |
|---|

**7.0    Revision History**

| Original Approval | Policy number | Revision Approval Date |
|---|---|---|
| N/A | SE.09.04.170808 | 8/8/2017 |

**Responsible Office:**   Vice Dean of Student and Faculty Experience

**Policy Contact:**   Vice Dean of Student and Faculty Experience

**Supersedes:**   N/A