# Exhibit D
# Placeholder