# Exhibit E Placeholder