1  NICHOLAS ULRICH, WSBA No. 50006
   Assistant Attorney General
2  Attorneys for Defendant
   1116 W. Riverside, Suite 100
3  Spokane WA  99201
   509-456-3123 - Telephone
4  Nicholas.ulrich@atg.wa.gov

**THE HONORABLE SALVADOR MENDOZA, JR.**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JANE DOE,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ELSON S. FLOYD COLLEGE OF MEDICINE AT WASHINGTON STATE UNIVERSITY,<br><br>　　　　　　　Defendant. | NO. 2:20-cv-00145<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

THIS MATTER has come before the Court on the Defendant's Motion for Summary Judgment with Plaintiff, JANE DOE, appearing by and through her attorney, Sarah L. Freedman, and Defendant, Elson S. Floyd College of Medicine, Washington State University, appearing by and through its attorneys, Robert W. Ferguson, Attorney General, and Nicholas Ulrich and Katie Merrill, Assistant Attorneys General.  The Court has considered the records and files herein including:

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

1

1. Defendant's Motion for and Memorandum in Support of Summary Judgment;

2. Defendant's Statement of Material Facts;

3. Declaration of Jane Summers in Support of Motion for Summary Judgment;

4. Declaration of Lisa Burch-Windrem;

5. Declaration of Nicholas Ulrich in Support of Motion for Summary Judgment;

6. Plaintiff's Response to Motion for Summary Judgment if any; and

7. Defendant's Reply in Support of Motion for Summary Judgment if any.

The Court is fully informed. Now, therefore, it is ORDERED that Defendant's Motion for Summary Judgment is hereby GRANTED.

ENTERED this _____ day of _____, 2021.

_____
HONORABLE SALVADOR MENDOZA, JR.

Presented by:

ROBERT W. FERGUSON
Attorney General

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

1     <u>     s/Nicholas Ulrich     </u>
NICHOLAS R. ULRICH, WSBA No. 50006
KATIE L. MERRILL, WSBA No. 49751
Assistant Attorneys General
Attorneys for Defendant
1116 W. Riverside, Suite 100
Spokane WA 99201
509-456-3123 - Telephone
Nicholas.Ulrich@atg.wa.gov

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

**DECLARATION OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to the following:

> Sarah L. Freedman, P.S.
> 1312 N Monroe St, Ste 127
> Spokane, WA 99201
> sarahfreedmanlaw@gmail.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 7th day of July, 2021, at Spokane, Washington.

   s/Nicholas Ulrich
NICHOLAS ULRICH, WSBA No. 50006
KATIE L. MERRILL, WSBA No. 49751
Assistant Attorneys General
Attorneys for Defendant
1116 W. Riverside, Suite 100
Spokane WA  99201
Telephone: (509)456-3123
Fax: (509)458-3548
Nicholas.Ulrich@atg.wa.gov

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

4

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA  99201-1106
(509) 456-3123