AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 03, 2021

SEAN F. McAVOY, CLERK

JANE DOE,

*Plaintiff*

v.

ELSON S FLOYD COLLEGE OF MEDICINE AT WASHINGTON STATE UNIVERSITY,

*Defendant*

Civil Action No. 2:20-cv-00145-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Summary Judgment, ECF No. 129, is GRANTED IN PART and DENIED IN PART.
Plaintiff's Motion to Dismiss Count Two With Prejudice, ECF No. 136, is GRANTED.
Plaintiff's Motion to Remand, ECF No. 137, is DENIED.
Plaintiff's Motion to Strike Defendant's Motion for Summary Judgment, ECF No. 138, is DENIED.
Judgment entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Salvador Mendoza Jr.  on motions for summary judgment, to dismiss, and to remand.

Date: 08/03/2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Mishani Jack-Gonzalez
*(By) Deputy Clerk*
Mishani Jack-Gonzalez