UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 9 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| JANE DOE, | No. 21-35752 |
| Plaintiff-Appellant, | |
| | D.C. No. 2:20-cv-00145-SMJ |
| v. | Eastern District of Washington, Spokane |
| ELSON S. FLOYD COLLEGE OF MEDICINE AT WASHINGTON STATE UNIVERSITY, | ORDER |
| Defendant-Appellee. | |

Before: IKUTA, OWENS, and BENNETT, Circuit Judges.

A review of the record and the responses to the court's September 29, 2021 order demonstrates that this court lacks jurisdiction over this appeal because the notice of appeal was not filed within 30 days after the district court's judgment entered on August 3, 2021. *See* 28 U.S.C. § 2107(a); *United States v. Sadler*, 480 F.3d 932, 937 (9th Cir. 2007) (noting that requirement of timely notice of appeal is jurisdictional); *see also* Fed. R. App. P. 26(b)(1) (court of appeals may not extend the deadline for filing a notice of appeal). Accordingly, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**