**UNITED STATES COURT OF APPEALS**

FOR THE NINTH CIRCUIT

**FILED**

DEC 01 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JANE DOE, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> ELSON S. FLOYD COLLEGE OF MEDICINE AT WASHINGTON STATE UNIVERSITY, <br><br> Defendant - Appellee. | No. 21-35752 <br><br> D.C. No. 2:20-cv-00145-SMJ <br> U.S. District Court for Eastern Washington, Spokane <br><br> **MANDATE** |

The judgment of this Court, entered November 09, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7